**DISMISS; and Opinion Filed December 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00955-CV

## IN THE MATTER OF LATOYA NICHOLE ELLISON AND PINETO WOODARD

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV12-00279-V-292**

## MEMORANDUM OPINION
Before Justices O'Neill, Myers, and Brown
Opinion by Justice O'Neill

Despite being given notice more than ten days ago that his brief was late and his appeal would be dismissed unless his brief was filed, appellant Pineto Woodard has not filed his brief or otherwise communicated with the Court. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c). Accordingly, we dismiss the appeal. *See id.* 38.8(a), 42.3(b),(c).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

120955F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF LATOYA
NICHOLE ELLISON AND PINETO
WOODARD

No. 05-12-00955-CV

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. CV12-00279-V-292.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Latoya Nichole Ellison recover her costs, if any, of this appeal from appellant Pineto Woodard.

Judgment entered this 12th day of December, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE